## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RONALD E. PARKER**                                                          **PLAINTIFF**
**ADC #129702**

**V.**                          **CASE NO. 2:09CV00155 JMM/BD**

**LEROY BROWNLEE,** *et al.*                                              **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate

Judge Beth Deere.  The parties have not filed objections.  After careful of the

recommendation, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.

Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 21st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE