IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RONALD E. PARKER**                                                                                    **PLAINTIFF**
**ADC #129702**

**V.**                            **CASE NO. 2:09CV00155 JMM/BD**

**LEROY BROWNLEE,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE